IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIA ANN SRNSKY | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation(s):  18 U.S.C. §§ 2, 371, 641, 658, 981(a)(1)(C), and 1014; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Conspiracy to Defraud the United States**

The Grand Jury Charges:

**I.     The Conspiracy and Its Objects**

From on or about January 11, 2013, and continuing thereafter until on or about February 2, 2017, in the District of North Dakota and elsewhere, the defendant, JULIA ANN SRNSKY, knowingly and willfully conspired and agreed with other persons, both known and unknown to the grand jury, to violate 18 U.S.C. §§ 641, 658, and 1014, by defrauding the United States through the Farm Services Agency (FSA), an agency of the United States Department of Agriculture (USDA), hereafter described, by converting mortgaged and pledged property, the theft of public money and property, and providing false information to the FSA.

**II.    Manner and Means of the Conspiracy**

It was a part of the conspiracy that JULIA SRNSKY would, by deceit, craft, trickery, and dishonest means, defraud and commit crimes against the United States by obstructing the lawful governmental functions of the FSA in that JULIA ANN SRNSKY

would obtain loans that were intended to be secured by collateral, but would use the funds for other purposes and sell the collateral without disclosing those sales to the USDA/FSA.  In so doing, JULIA ANN SRNSKY converted for her own use money, property, and assets that were purchased as mortgaged collateral and pledged to the FSA.

### III.   Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of North Dakota and elsewhere:

1. On or about January 11, 2013, in the District of North Dakota, the defendant, JULIA ANN SRNSKY, executed an Agreement For The Use of Proceeds/Release of Chattel Security with the FSA, documenting the planned purchase of livestock with the money borrowed from the FSA;

2. On or about January 18, 2013, in the District of North Dakota, the defendant, JULIA ANN SRNSKY, executed a Notification of Loan Approval and Borrower Responsibilities with the FSA, documenting the specific use of borrowed funds from the FSA to purchase specified livestock, buildings, and equipment with the borrowed funds;

3. On or about January 18, 2013, in the District of North Dakota, the defendant, JULIA ANN SRNSKY, executed Security Agreements with the FSA, documenting all real estate, equipment, and livestock to be purchased as collateral for the money JULIA ANN SRNSKY borrowed from the FSA;

4.	Between in or about January 2013 and August 2013, in the District of North Dakota, defendant JULIA ANN SNRSKY and others known to the Grand Jury, used money borrowed from the FSA for purposes other than what was authorized by her FSA loans and were instead used to pay expenses and assets that were not disclosed to the FSA so that the FSA could collateralize its loan, thus leaving FSA's loan mostly unsecured;

5.	Between in or about January 2013 and in or about February 2017, in the District of North Dakota, the defendant, JULIA ANN SRNSKY, sold and converted for her own use and for others known to the Grand Jury, assets purchased with funds borrowed from FSA and/or subject to FSA collateral agreements without disclosing those sales to and taking actions to hide those sales from the FSA;

All in violation of Title 18, United States Code, Sections 371 and 2.

## COUNT TWO

### Theft of Public Money or Property

The Grand Jury Further Charges:

1. The Grand Jury realleges and incorporates by reference the allegations of Count One of this Indictment.

2. Between in or about January 2013 through in or about February 2017, in the District of North Dakota,

### JULIA ANN SRNSKY

knowingly embezzled, stole, purloined, received, concealed, retained with the intent to convert, and converted money and other things of value received from the Farm Service Agency, an agency of the United States Department of Agriculture, to wit: JULIA ANN SRNSKY sought and received operating loans from the FSA under a line of credit for the purchase of specified cattle, buildings, and machinery, which assets would then serve as mortgaged collateral; however, JULIA ANN SRNSKY did not in fact use the money as stated in the agreement and instead used and converted the money and assets for her own use;

All in violation of Title 18, United States Code, Section 641.

## COUNT THREE

### Conversion of Mortgaged or Pledged Property

The Grand Jury Further Charges:

1. The Grand Jury realleges and incorporates by reference the allegations of Count One of this Indictment.

2. Between in or about January 2013 through in or about February 2017, in the District of North Dakota,

### JULIA ANN SRNSKY,

individually, and by aiding and abetting with other persons both known and unknown to the Grand Jury, with intent to defraud, did knowingly conceal, remove, dispose of, and convert to her own use and use of another, property, to wit: cattle, machinery, buildings, funds, and assets traceable to such funds, which were purchased as mortgaged collateral and/or subject to mortgage and pledged to the FSA as security on a farm loan for JULIA ANN SRNSKY, without the knowledge, consent, and approval of the FSA, and purchased other assets that were not disclosed to the FSA and then sold and converted those assets;

In violation of Title 18, United States Code, Sections 658 and 2.

## COUNT FOUR

## False Statement to Farm Services Agency

1.     The Grand Jury realleges and incorporates by reference the allegations of Count One of this Indictment.

2.     Between in or about January 2013 through in or about February 2017, in the District of North Dakota,

## JULIA ANN SRNSKY

did knowingly make a false statement and report for the purpose of influencing the actions of the Farm Service Agency (FSA), an agency of the United States Department of Agriculture, in the obtaining of and acceptance of an FSA loan; to wit, JULIA ANN SRNSKY provided false information to the FSA relating to what was purchased with portions of the FSA loan and such false information prevented the FSA from obtaining collateral and other debt-collection assurances on the assets to which the FSA loan funds were directed;

All in violation of Title 18, United States Code, Section 1014.

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 641 and 658, set forth in Counts Two and Three of this Indictment, the defendant, JULIA ANN SRNSKY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c);

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c).

                                    A TRUE BILL:

                                    /s/ Foreperson
                                    Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

NWC/ljc